# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BENSON PHILIP GATU NJUGUNA** | **CASE NO. 6:20-CV-00560 SEC P** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **ERIC STAIGER, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus (rec. doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to filing a new habeas petition should his confinement become unconstitutional.

THUS DONE in Chambers on this 22nd day of June, 2020.

Michael J. Juneau
**United States District Judge**