UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BENSON PHILIP GATU NJUGUNA**      CASE NO.  6:20-CV-00560

**VERSUS**      JUDGE JUNEAU

**ERIC STAIGER, ET AL**      MAGISTRATE JUDGE HANNA

## ORDER

**CONSIDERING THE FOREGOING** Petitioner's Motion for Leave to Conduct Discovery, Rec. Doc. 39, and Respondents' Response in Opposition, Rec. Doc. 41,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Petitioner may conduct 7-hour oral depositions of ICE Assistant Field Office Director Gary Chamberlain and Allen Parish Public Safety Complex Warden Mike Manuel.

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 14th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE