# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BENSON PHILIP GATU NJUGUNA** | **CASE NO.  6:20-CV-00560** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ERIC STAIGER, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER

**CONSIDERING THE FOREGOING** Joint Motion to Dismiss Habeas Petition filed in this matter, Rec. Doc. 46,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the habeas petition filed by Benson Philip Gatu Njuguna is **DISMISSED**. The limited evidentiary hearing previously scheduled for October 29, 2020 at 10:00 a.m. is hereby **CANCELED**. All other motions pending in this matter are **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 28th day of October, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE